■ In the Matter of JOSEPH E. RUGGIERO. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT.—Motion for reinstatement granted only to the extent of referring the matter to the Departmental Disciplinary Committee for the First Judicial Department as indicated in the order of this court. Concur—Kupferman, J. P., Birns, Fein, Sandler and Bloom, JJ.

■ In the Matter of JOHN A. KEEFFE.—Motion to vacate or resettle the order of this court entered on October 11, 1979 granted only to the extent of resettling said order. Concur—Kupferman, J. P., Birns, Sandler, Sullivan and Bloom, JJ. [See 70 AD2d 293; 71 AD2d 248.]